UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          &                   )<br>                              )<br>STATE OF MAINE,               )<br>                              )   No. 2:23-cv-00049-JDL<br>          Plaintiffs,         )<br>                              )<br>     v.                       )<br>                              )<br>MARTIN JOSEPH O'BRIEN         ) | |

**STIPULATED JUDGMENT**

Plaintiffs and Defendant having jointly moved for stipulated judgment, Dkt. #3, and that motion having been granted by United States District Judge Jon D. Levy, it is hereby:

ORDERED that Defendant, Martin Joseph O'Brien, pay to the United States of America and the State of Maine pursuant to the Complaint and the Settlement Agreement, the amount of Eighteen Thousand, Five Hundred Dollars ($18,500) ("the judgment debt"), with all parties bearing their own costs; and it is further

ORDERED that Defendant agrees to submission by the U.S. Department of Justice of his judgment debt to the Department of the Treasury for inclusion in the Treasury Offset Program, under which any federal payment Defendant would normally receive may be offset and applied to this debt; and it is further

ORDERED that Defendant shall keep the United States informed in writing of any material change in his financial condition or ability to pay the judgment debt, and of any change in his employment, place of business and/or residential address, or telephone number. Defendant shall provide such information in writing to the United

States Attorney, Financial Litigation Unit, 202 Harlow Street, Room 111, Bangor, Maine, 04401, and it is further

ORDERED that this judgment shall be recorded in the Office of the State of Maine Secretary of State, the Registry of Deeds/Clerk's Office in the county of Defendant's residence and any and all other counties in which Defendant owns or has a property interest in any real or personal property as a lien thereon; and is it further

ORDERED that such judgment be, and the same hereby is, entered in accordance with the foregoing.


Dated: February 6, 2023                /s/ Jon D. Levy
                                       Chief U.S. District Judge


Dated: February 2, 2023                DARCIE N. MCELWEE
       Portland, Maine                 U.S. Attorney for the District of Maine


                                       /s/ James D. Concannon
                                       JAMES D. CONCANNON
                                       Counsel for the United States of America
                                       Assistant U.S. Attorney
                                       100 Middle Street
                                       East Tower, 6th Floor
                                       Portland, Maine 04101
                                       (207) 780-3257
                                       James.Concannon@usdoj.gov
                                       *On behalf of the United States*


                                       AARON M. FREY

Attorney General for the State of Maine

*/s/ William R. Savage*
WILLIAM R. SAVAGE
Assistant Attorney General
Director, Healthcare Crimes Unit
6 State House Station
Augusta, ME 04333
(207) 626-8804
William.Savage@maine.gov
*On behalf of the State of Maine*

COUNSEL FOR DEFENDANT

*/s/ Peter Rodway*
PETER RODWAY, ESQ.
RODWAY & HORODYSKI, P.A.
120 Exchange Street, 4th Floor
Portland, ME 04101
(207) 773-8449
rodlaw@earthlink.net
*On behalf of Martin Joseph O'Brien*